UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LONA BUTTS, | ) |
| | ) |
| | ) CASE NO. 1:11-CV-314 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CONTINENTAL ENTERPRISES, INC., | ) |
| a/k/a CONTINENTAL INTERNATIONAL | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

COME NOW the parties, by counsel, and file their Stipulation of Dismissal with Prejudice as to the Defendant, Continental Enterprises, Inc., a/k/a Continental International, in the above-captioned matter.

And the Court, having considered same and being duly advised, now grants said motion as prayed and dismisses this case with prejudice.

Dated: March 14, 2012          s/Roger B. Cosbey
                               Magistrate Judge, United States District Court